AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Tymkovich, Timothy M. | 2. Court or Organization  Tenth Circuit Court of Appeals | 3. Date of Report  08/12/2009 |
|---|---|---|

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. Circuit Judge -- Active

**5a. Report Type** (check appropriate type)

- [ ] Nomination, Date
- [ ] Initial
- [x] Annual
- [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2008
to
12/31/2008

**7. Chambers or Office Address**

1823 Stout
Denver, CO 80202

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

---

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. member | 230 Joint Venture |
| 2. Member, Power of attorney | 433 Joint Venture |
| 3. Member | HHT LLC |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | Hale Hackstaff 401K plan |
| 2. 2003 | withdrawal agreement Hale Hackstaff Tymkovich LLC |
| 3. 2003 | 433 Joint Venture |
| 4. 2003 | HHT LLC |
| 5. 2004 | 230 Joint Venture |

RECEIVED 2009 AUG 13 A 10: 13 FINANCIAL DISCLOSURE OFFICE

# Tymkovich, Timothy M

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 08/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 8/08 | Lexis Nexis -- publication royalties I | $4,800.00 |
| 2. 12/08 | University of Colorado -- teaching | $14,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | self-employed -- writer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federalist Society | 11/08 | Washington DC | moderator | travel, meals, hotel |
| 2. Fed Judges Ass'n | 5/08; 12/08 | Washington DC | meeting | travel, meals, hotel |
| 3. State of California | 10/08 | San Diego | panelist | travel, meals, hotel |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 08/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Countrywide | rental mortgage | L |
| 2. Schwab | line of credit | M |
| 3. Countrywide | mortgage | N |
| 4. Schwab | mortgage | N |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 08/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Schwab Money Market Fund | B | Interest | M | T | | | | | |
| 2. Merrill Lynch Bank USA | C | Interest | J | T | | | | | |
| 3. Advanced Fiber Commn. | | None | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. Agilent Technology | | None | J | T | | | | | |
| 6. Air Methods | | None | J | T | Sold (part) | 4/08 | J | | |
| 7. AT&T | A | Dividend | J | T | | | | | |
| 8. Comcast | A | Dividend | J | T | | | | | |
| 9. Wyeth (formerly American Home Products) | D | Dividend | M | T | | | | | |
| 10. Bank of America | A | Dividend | K | T | Buy | 1/08 | J | | |
| 11. Treasury Bond | A | Interest | J | T | | | | | |
| 12. Treasury Bond | A | Interest | J | T | | | | | |
| 13. Treasury Bond | A | Interest | J | T | | | | | |
| 14. Treasury Bond | A | Interest | J | T | | | | | |
| 15. Northeast Bond | A | Interest | J | T | | | | | |
| 16. Coca Cola | A | Dividend | K | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 08/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Electric | D | Dividend | N | T | Sold (part) | 2/08 | J | | |
| 19. Freescale Semi | A | Dividend | J | T | | | | | |
| 20. Freescale Semi | A | Dividend | | | redemption | 12/06 | J | A | |
| 21. Hanesbrand | | None | | | spin off | 12/06 | J | | |
| 22. Hewlett Packard | B | Dividend | L | T | | | | | |
| 23. IBM | A | Dividend | K | T | | | | | |
| 24. Imation | A | Dividend | J | T | | | | | |
| 25. Intel | A | Dividend | M | T | | | | | |
| 26. | | | | | | | | | |
| 27. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 28. Key Corp. | A | Dividend | J | T | | | | | |
| 29. Micron Technology | A | Dividend | K | T | | | | | |
| 30. Microsoft | | None | L | T | | | | | |
| 31. 3M | A | Dividend | K | T | | | | | |
| 32. Motorola | A | Dividend | K | T | | | | | |
| 33. Nokia | A | Dividend | J | T | | | | | |
| 34. Paychex | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 08/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Sara Lee | A | Dividend | J | T | | | | | |
| 36. Schwab Total Stk | C | Dividend | K | T | | | | | |
| 37. Tell Labs | B | Dividend | J | T | | | | | |
| 38. Templeton Developing | A | Dividend | J | T | | | | | |
| 39. Templeton Emerging Markets | A | Dividend | J | T | | | | | |
| 40. Voyageur Colorado Fund | A | Interest | J | T | | | | | |
| 41. Walmart | A | Dividend | M | T | | | | | |
| 42. Hale Hackstaff Tymkovich | | None | L | W | | | | | |
| 43. Northwest Mutual insurance cash value | B | Interest | K | T | | | | | |
| 44. Coca Cola | A | Dividend | J | T | | | | | |
| 45. Government Trust Bond | A | Interest | J | T | | | | | |
| 46. Treasury Bond I | A | Interest | K | T | | | | | |
| 47. Treasury Bond II | A | Interest | J | T | | | | | |
| 48. Treasury Bond III | A | Interest | J | T | | | | | |
| 49. Treasury Bond IV | A | Interest | J | T | | | | | |
| 50. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 51. Treasury V | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 08/12/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Treasury VI | A | Interest | J | T | | | | | |
| 53. Treasury VII | A | Interest | J | T | | | | | |
| 54. Treaaury VIII | A | Interest | J | T | | | | | |
| 55. Treasury IX | A | Interest | J | T | | | | | |
| 56. Treasury X | A | Interest | J | T | | | | | |
| 57. Walmart | A | Dividend | K | T | | | | | |
| 58. General Electric | A | Dividend | L | T | | | | | |
| 59. IBM | A | Dividend | K | T | | | | | |
| 60. Microsoft | B | Dividend | L | T | | | | | |
| 61. Motorola | A | Dividend | J | T | | | | | |
| 62. Verigy | | None | J | T | | | | | |
| 63. Walmart | A | Dividend | K | T | | | | | |
| 64. Wells Fargo | A | Dividend | K | T | Buy | 2/08 | J | | |
| 65. 230 Joint Venture (Co rental)($100,000; 10 /2004) (Colorado) | A | Rent | L | R | | | | | |
| 66. Pfizer | B | Dividend | J | T | | | | | |
| 67. HHT LLC | D | Distribution | M | T | | | | | |
| 68. 433 Joint Venture, Co. condo ($100,000, 8/ 2003) | A | Rent | L | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 08/12/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dimension Fund | G | Dividend | N | T | Buy | 7/98 | M | | |
| 70. Russell 3000 Index Fund | A | Dividend | K | T | | | | | |
| 71. Russell Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 72. Russell 2000 Index Fund | A | Dividend | J | T | | | | | |
| 73. MSCI All Country World Ex-US Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 08/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 08/12/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544